IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **ARIANNA DAVIS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:21-cv-02196-JAR-JPO |
| | ) | |
| v. | ) | Judge Robinson |
| | ) | Magistrate O'Hara |
| **COMMUNITY AMERICA** | ) | |
| **CREDIT UNION,** | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff, **ARIANNA DAVIS**, by and through her attorneys, SMITHMARCO, P.C., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed *__without prejudice__* and without costs to any party.

        Respectfully submitted,
        **ARIANNA DAVIS**

   By:    s/ Mandy M. Shell

<u>Dated: July 6, 2021</u>

Mandy M. Shell, KS Bar # 23410
105 E 5th Street, Suite 302
Kansas City, Missouri 64106
**Telephone:**  (913) 879-1001
**Facsimile:**   (888) 418-1277
**E-Mail:**       mshell@smithmarco.com